UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| REGISTRATION OF FOREIGN | ) | CASE NOS.:  2:14-ms-00004 |
| JUDGMENTS | ) | 2:14-ms-00005 |
| _____ | ) | 2:14-ms-00006 |
| | ) | 2:14-ms-00007 |
| PAJ Trust, Paul Patrick Jolivette, Thomas | ) | 2:14-ms-00008 |
| Cameron Kincade, Jonathan Floyd Emelo, | ) | 2:14-ms-00009 |
| Sean Benard Lee, Clifton Hutchins, Jr., | ) | 2:14-ms-00015 |
| Jaden Investment Trust | ) | 2:14-ms-00017 |
| | ) | 2:14-ms-00018 |
| Claimants. | ) | 2:13-cv-02322-APG-NJK (2:13-ms-00091) |
| | ) | 2:14-cv-00130-JCM-GWF (2:13-ms-00101) |
| _____ | ) | 2:14-cv-00131-JCM-PAL (2:13-ms-00099) |

ORDER

IT IS HEREBY ORDERED that the Registration of Foreign Judgments (Doc. #1) in all the above named cases were erroneously filed with the District of Nevada. These documents will be stricken and the cases will be closed.

IT IS FURTHER ORDERED that the Clerk's Office will refund all filing fees and the fees for exemplification.

**DATED** this 14th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court